DECEMBER 1, 1942

No. 5763.

*United States* v. *R. Gaertner & Co., Inc., et al.* Entered at New York, N. Y. Reap. Dec. 5727. Motion by appellant.